**KRAMER COMPANY, Appellant,**

v.

**MID–STATES HOUSING, INC., Defendant,**

and

**Truck Insurance Exchange, Respondent.**

No. WD 54732.

Missouri Court of Appeals,
Western District.

May 26, 1998.

H. Kent Desselle, Independence, for Appellant.

Lance W. LeFevre, Kansas City, for Respondent.

Before HOWARD, P.J., and BRECKENRIDGE and SPINDEN, JJ.

### Order

PER CURIAM.

Appeal from a judgment dismissing a petition for failure to state a cause of action.

Affirmed. Rule 84.16(b).